Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRENDAN DUNN,

          Plaintiff,

vs.

CITY OF SEATTLE, DOES 1-200,

          Defendants.

No.  2:18-CV-00257-JLR

[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S MOTION TO DISMISS

      Pending before the Court is City of Seattle's CR 12(b)(6) Motion to Dismiss. In connection with this Motion, the Court reviewed the following documents:

      1.    Plaintiff's Amended Complaint and supporting materials;

      2.    City of Seattle's 12(b)(6) Motion to Dismiss and supporting materials;

      3.    Plaintiff's opposition, if any, and any additional documents properly considered in a motion to dismiss filed under CR 12(b);

      4.    City of Seattle's reply, if any, and any additional documents properly considered in a motion to dismiss filed under CR 12(b).

[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S MOTION TO DISMISS - 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Being fully advised in this matter, City of Seattle's Motion to Dismiss is hereby GRANTED, and the Court hereby ORDERS that the Amended Complaint be dismissed.

DATED: _____, 2018.

_____
Judge James L. Robart

Presented by:

PETER S. HOLMES
Seattle City Attorney


*/s/Ghazal Sharifi*
Ghazal Sharifi, WSBA# 47750
 Assistant City Attorney

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone:  (206) 684-8200

*Attorney for City of Seattle*

[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S MOTION TO DISMISS - 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2018 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| *Attorney for Plaintiff:*<br><br>Lawrence A. Hildes, WSBA# 35035<br>P.O. Box 5405<br>Bellingham, WA 98227 | ☑ By Electronic Service |
|---|---|

[PROPOSED] ORDER GRANTING CITY OF SEATTLE'S MOTION TO DISMISS - 3

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200