Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDAN DUNN, | |
| Plaintiff, | No.     2:18-CV-00257-JLR |
| vs. | DECLARATION OF GHAZAL SHARIFI IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS |
| CITY OF SEATTLE, DOES 1-200, | |
| Defendants. | |

I, GHAZAL SHARIFI, being familiar with the facts set forth herein based on my personal knowledge, and being competent to testify, hereby declare under penalty of perjury that the following is true and correct:

1.  I am the Assistant City Attorney representing Defendant City of Seattle as counsel of record in the above-captioned matter.

2.  Attached as **Exhibit 1** is a true and correct copy of the Stipulation and Agreed Order of Dismissal signed on December 16, 2009 regarding Case No. C08-0978 JLR.

3.  Attached as **Exhibit 2** is a true and correct copy of Plaintiffs' Complaint regarding Case

DECLARATION OF GHAZAL SHARIFI IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS- 1

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

No. C08-0978 JLR filed on June 24, 2008.

4.   Attached as **Exhibit 3** is a true and correct copy of the Memorandum of Settlement executed on December 2, 2009 regarding Case No. C08-0978 JLR.

I declare under penalty of perjury that the foregoing is true and correct.

Signed at Seattle, King County, Washington this 17th day of May, 2018.


By: *s/ Ghazal Sharifi*
Ghazal Sharifi, WSBA# 47750
Assistant City Attorney


*Attorney for Defendant City of Seattle*

DECLARATION OF GHAZAL SHARIFI IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS- 2

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

**CERTIFICATE OF SERVICE**

I certify that on May 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lawrence A. Hildes, WSBA# 35035
P.O. Box 5405
Bellingham, WA 98227
*[Attorney for Plaintiff]*

*s/ Jennifer Litfin* _____
Jennifer Litfin, Legal Assistant

DECLARATION OF GHAZAL SHARIFI IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS- 3

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200