# EXHIBIT 1

FILED —— ENTERED
LODGED —— RECEIVED

DEC 16 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

The Honorable James L. Robart

08-CV-00978-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRENDAN DUNN, JACOB ERWIN, and RYAN TOMPKINS, <br><br> Plaintiffs, <br> v. <br><br> MATTHEW HYRA, et al., <br><br> Defendants. | NO. C08-0978 JLR <br><br> STIPULATION AND AGREED ORDER OF DISMISSAL |

The parties hereto, through their undersigned attorneys of record, do hereby agree and stipulate that this matter has been resolved and that the plaintiffs' complaint herein can be and should be dismissed with prejudice and without costs,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to the above stipulation of counsel that this case has been resolved and should be dismissed now hereby plaintiffs' complaint is dismissed with prejudice and without costs.

DATED this 16th day of December, 2009.

_____
Honorable James L. Robart

STIPULATION AND AGREED ORDER OF DISMISSAL - 1
C08-0978 JLR
3019-029774 468915

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101-1374
TEL 206.623.9900 FAX 206.624.6885

1  Stipulated to and Presented by:

2  STAFFORD FREY COOPER

3

4  By: _____
    Stephen P. Larson, WSBA #4959
    Heather L. Carr, WSBA #29780
5  Attorneys for Defendants

6

7  Copy Received, Notice of Presentation Waived,
   Stipulated to and Approved for Entry:

8  LAW OFFICES OF LAWRENCE HILDES

9

10 By: _____
    Lawrence Hildes, WSBA #35035
   Attorney for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

STIPULATION AND AGREED ORDER OF DISMISSAL - 2

C08-0978 JLR
3019-029774 468915

**STAFFORD FREY COOPER**
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

Certificate of Service

I certify that on the date noted below I electronically filed this document entitled STIPULATION AND AGREED ORDER OF DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following person:

Lawrence A. Hildes
lhildes@earthlink.net
Law Offices of Lawrence A. Hildes
PO Box 5405
Bellingham, WA 98227
*Attorneys for Plaintiffs Dunn, Erwin and Tompkins*

and I certify that I have caused to be served in the manner noted below a copy of the above-listed document to the following non CM/ECF participants:

N/A

DATED this 16th day of December, 2009, at Seattle, Washington.

/s/ Stephen P. Larson via ECF

STIPULATION AND AGREED ORDER OF DISMISSAL - 3

C08-0978 JLR
3019-029774 468915

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885