# EXHIBIT 2



RECEIVED
08 AUG 12 PM 3:31
CITY OF SEATTLE
MAYOR'S OFFICE

—— FILED          —— ENTERED
—— LODGED         —— RECEIVED
★
JUN 24 2008
★
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

1
2
3
4
5
6
7
8
9
10
11
12          **IN THE UNITED STATES DISTRICT COURT**
13       **FOR THE WESTERN DISTRICT OF WASHINGTON**
14
15   BRENDAN DUNN, JACOB ERWIN,          ) NO.  C08  0978 JLR
16   and RYAN TOMPKINS,                  ) **COMPLAINT FOR VIOLATIONS OF**
17                                       ) **CIVIL RIGHTS, FALSE ARREST, FALSE**
18        **Plaintiffs,**                ) **IMPRISONMENT, MALICIOUS**
19                                       ) **PROSECUTION, BATTERY, ASSAULT,**
20   v.                                  ) **INTENTIONAL INFLICTION OF**
21                                       ) **EMOTIONAL DISTRESS, NEGLIGENCE**
22   MATTHEW HYRA individually and in    )
23   his Official capacity as an OFFICER ) **JURY TRIAL DEMANDED**
24   of the SEATTLE POLICE               )
25   DEPARTMENT, and JANE DOE            )
26   HYRA and the Marital Community      )
27   thereof; CITY OF SEATTLE (SPD),     )
28   STEVEN BALE, individually and in    )
29   his capacity as an OFFICER of  the  )
30   SEATTLE POLICE DEPARTMENT           )
31   and JANE DOE BALE, and the          )
32   marital community thereof; JOHN     )
33   SKOMMESA, individually and in his   )
34   Official capacity as an OFFICER of  )
35   the SEATTLE POLICE DEPARTMENT, )
36   and JANE DOE SKOMMESA and the       )
37   Marital community thereof; D. L.    )
38   ROBERSON individually and in his    )
39   Official Capacity as an OFFICER     )
40   of the SEATTLE POLICE               )
41   DEPARTMENT, and JANE DOE            )

DUNN, ET AL  V. HYRA, ET AL-COMPLAINT                                    1

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1   ROBERSON and the Marital            )
2   community thereof; OFFICER AVERY,)
3   individually and in his capacity as an )
4   OFFICER of the SEATTLE POLICE      )
5   DEPARTMENT and JANE DOE            )
6   AVERY and the Marital Community     )
7   thereof; OFFICER GREELEY,           )
8   individually and in his capacity as an )
9   OFFICER of the SEATTLE POLICE      )
10  DEPARTMENT and JANE DOE            )
11  GREELEY and the Marital Community )
12  thereof; SERGEANT MARTIN,           )
13  individually and in his capacity as a  )
14  SERGEANT of the SEATTLE POLICE   )
15  DEPARTMENT and JANE DOE            )
16  MARTIN and the Marital Community    )
17  thereof; LIEUTENANT HAYES,          )
18  individually and in his capacity as a  )
19  LIEUTENANT of the SEATTLE          )
20  POLICE DEPARTMENT and JANE        )
21  DOE HAYES and the Marital           )
22  Community thereof; R. TOWNE,        )
23  individually and in his capacity as a  )
24  LIEUTENANT of the SEATTLE          )
25  POLICE DEPARTMENT and JANE        )
26  DOE TOWNE and the Marital          )
27  Community thereof; DOES 1-250,      )
28                                       )
29                  Defendants.          )
30  _____ )
31
32  BRENDAN DUNN, JACOB ERWIN, and RYAN TOMPKINS the Plaintiffs herein, by

33  and through their attorney, allege as follows:

34
35                      **I. JURISDICTION**
36
37

DUNN, ET AL_ V. HYRA, ET AL-COMPLAINT                                    2

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1      1.  This court has jurisdiction over the subject matter of this action pursuant to

2  Title 28, United States Code Sections 1331, 1332, 1343, and 1367, and venue is

3  properly set in the Western District Federal Court pursuant to 28 U.S.C. 1391.

4      2.  The claims upon which this suit is based occurred in this judicial district.

5      3.  Plaintiff is informed and believes, and on that basis alleges, that each of the

6  named Defendants reside in this judicial district.

7

8  **II. PARTIES**

9      1.1 Plaintiff BRENDAN DUNN is a single man residing primarily in the State of

10  Washington, in THURSTON County within the Western District of Washington.

11  Plaintiff was the victim of a false arrest, false imprisonment, excessive force, malicious

12  prosecution, based on the false arrest and police false statements concerning the

13  circumstances of the arrest, and conversion of property, as well as violations of his

14  First, Fourth, Fifth, Eighth, and Fourteenth Amendment Rights.

15

16      1.2 Plaintiff JACOB ERWIN is a single man residing primarily in the State of

17  Washington, in THURSTON County within the Western District of Washington.

18  Plaintiff was the victim of a false arrest, false imprisonment, excessive force, malicious

19  prosecution based on the false arrest and police false statements concerning the

20  circumstances of the arrest, as well as violations of his First, Fourth, Fifth, Eighth, and

21  Fourteenth Amendment Rights.

DUNN, ET AL  V. HYRA, ET AL-COMPLAINT                        3

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1    1.3 Plaintiff RYAN TOMPKINS is a single man residing primarily in the State of

2    Washington, in THURSTON County within the Western District of Washington.

3    Plaintiff was the victim of a false arrest, false imprisonment, excessive force, malicious

4    prosecution based on the false arrest and police false statements concerning the

5    circumstances of the arrest, as well as violations of his First, Fourth, Fifth, Eighth, and

6    Fourteenth Amendment Rights.

7        1.4 Defendant MATTHEW HYRA and JANE DOE HYRA constitute a marital

8    community under the laws of the State of Washington and upon belief reside in King

9    County within the Western District of Washington State.  Upon belief, MATTHEW

10   HYRA is and was at the time of the injuries complained of in this complaint, an

11   employee and/or agent of the CITY OF SEATTLE, i.e. the SEATTLE POLICE

12   DEPARTMENT (hereinafter identified as SPD) acting within the scope of his duties.

13       1.5    DETECTIVE STEVEN BALE and JANE DOE BALE constitute a marital

14   community under the laws of the State of Washington and upon belief reside in King

15   County within the Western District of Washington State.  Upon knowledge and belief,

16   OFFICER STEVEN BALE is and was at the time of the injuries complained of in this

17   complaint, an employee and/or agent of the CITY OF SEATTLE, i.e. the SEATTLE

18   POLICE DEPARTMENT (hereinafter identified as SPD) acting within the scope of her

19   duties.

20       1.6   Defendant JOHN SKOMMESA and JANE DOE SKOMMESA constitute a

21   marital community under the laws of the State of Washington and upon belief reside in

**DUNN, ET AL  V. HYRA, ET AL**-COMPLAINT                                                    4

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1    King County within the Western District of Washington State.  Upon belief, JOHN

2    SKOMMESA is and was at the time of the injuries complained of in this complaint, an

3    employee and/or agent of the CITY OF SEATTLE i.e. the SEATTLE POLICE

4    DEPARTMENT (hereinafter identified as SPD) acting within the scope of his duties.

5        1.7 Defendant D.L. ROBERSON and JANE DOE ROBERSON constitute a

6    marital community under the laws of the State of Washington and upon belief reside in

7    King County within the Western District of Washington State.  Upon belief, D.L.

8    ROBERSON is and was at the time of the injuries complained of in this complaint, an

9    employee and/or agent of the CITY OF SEATTLE i.e. the SEATTLE POLICE

10   DEPARTMENT (hereinafter identified as SPD) acting within the scope of his duties.

11       1.8 Defendant OFFICER AVERY and JANE DOE AVERY constitute a marital

12   community under the laws of the State of Washington and upon belief reside in King

13   County within the Western District of Washington State.  Upon belief, OFFICER

14   AVERY is and was at the time of the injuries complained of in this complaint, an

15   employee and/or agent of the CITY OF SEATTLE i.e. the SEATTLE POLICE

16   DEPARTMENT (hereinafter identified as SPD) acting within the scope of his duties.

17       1.8 Defendant OFFICER GREELEY and JANE DOE GREELEY constitute a

18   marital community under the laws of the State of Washington and upon belief reside in

19   King County within the Western District of Washington State.  Upon belief, OFFICER

20   GREELEY is and was at the time of the injuries complained of in this complaint, an

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1   employee and/or agent of the CITY OF SEATTLE i.e. the SEATTLE POLICE

2   DEPARTMENT (hereinafter identified as SPD) acting within the scope of his duties.

3

4       1.10 Defendant SERGEANT MARTIN and JANE DOE MARTIN constitute a

5   marital community under the laws of the State of Washington and upon belief reside in

6   King County within the Western District of Washington State.  Upon belief,

7   SERGEANT MARTIN is and was at the time of the injuries complained of in this

8   complaint, an employee and/or agent of the CITY OF SEATTLE i.e. the SEATTLE

9   POLICE DEPARTMENT (hereinafter identified as SPD) acting within the scope of his

10  duties.

11      1.11 Defendant LIEUTENANT HAYES and JANE DOE HAYES constitute a

12  marital community under the laws of the State of Washington and upon belief reside in

13  King County within the Western District of Washington State.  Upon belief,

14  LIEUTENANT HAYES is and was at the time of the injuries complained of in this

15  complaint, an employee and/or agent of the CITY OF SEATTLE i.e. the SEATTLE

16  POLICE DEPARTMENT (hereinafter identified as SPD) acting within the scope of his

17  duties.

18      1.12 Defendant R TOWNE and JANE DOE TOWNE constitute a marital

19  community under the laws of the State of Washington and upon belief reside in King

20  County within the Western District of Washington State.  Upon belief, R TOWNE is

21  and was at the time of the injuries complained of in this complaint, an employee

DUNN, ET AL  V. HYRA, ET AL-COMPLAINT                                    6

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1    and/or agent of the CITY OF SEATTLE i.e. the SEATTLE POLICE DEPARTMENT

2    (hereinafter identified as SPD) acting within the scope of his duties.

3        1.13 DEFENDANT CITY OF SEATTLE is a government entity in KING

4    COUNTY governed and functioning under the laws of the State of Washington.  It

5    employs the Officers of the SEATTLE POLICE DEPARTMENT listed above, and other

6    police officers whose identities are unknown, who were involved in investigation,

7    crowd control, and other functions at the demonstration at which Defendants were

8    arrested and participated in the detention, false arrest, false imprisonment, conversion

9    of Defendants' property and use of excessive and unnecessary force against Plaintiffs

10   and the resulting malicious prosecutions.

11       1.14    There are other persons, identities presently unknown to Plaintiff who

12   are, and were at all times mentioned herein, supervisors, incident commanders,

13   training, and/or disciplining officers, and/or decision-makers of the SEATTLE POLICE

14   DEPARTMENT, who acted in concert with the above named Defendants and who

15   devised or approved the police actions responding to the demonstration wherein

16   Plaintiffs was arrested and/or to Plaintiffs in particular and taken in the incident in

17   question thereto that is the subject of this action and in doing the things hereinafter

18   alleged, acted under color of state law as agents of the SEATTLE POLICE

19   DEPARTMENT and with that agency's full consent and approval.

20       1.15 Now, and at all times discussed herein, the Seattle Police Department was

21   directly involved and responsible for all training, supervision, and policies in crowd

**DUNN, ET AL  V. HYRA, ET AL**-COMPLAINT                                      7

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1    control of demonstrations for the SEATTLE POLICE DEPARTMENT and is on notice,

2    of long standing, of similar and other abuses by the SEATTLE POLICE

3    DEPARTMENT at demonstrations, without taking sufficient steps to resolve the

4    situation.

5        1.16. DOES 1-100 are, and were at all times mentioned herein, OFFICERS,

6    Supervisors, and the Incident Commander for this incident , Actors, Or Officials

7    Involved In the Planning, Creation, Development, training in the policies, and ion the

8    intelligence gathering and law enforcement at the demonstration in question, leading

9    to the false arrest, false imprisonment, and or use of force against Plaintiffs  and the

10    violations of Plaintiffs' Constitutional Rights in the incident  which is the subject of this

11    action, or Exercise Of Police Force and Control, and/or failing to discipline officers

12    thus tacitly encouraging this incident to occur employed against Plaintiffs in the

13    incident  which is the subject of this action, and in committing the acts and omissions

14    herein alleged hereinafter alleged, acted under color of state law as agents of the

15    SEATTLE POLICE DEPARTMENT who came to the scene, and violated Plaintiff's

16    rights as discussed.

17        1.17   This action is brought pursuant to the First, Fourth, Fifth, Eighth, and

18    Fourteenth Amendments to the United States Constitution, Article 1, Section 5 and

19    Article 1, Section 7 of the Washington State Constitution, 42 U.S.C. 1983, 1988,

20    Revised Code of Washington Title 9, Chapter 62, Section 10(1), Washington State

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1   common law prohibiting assault, battery, intentional infliction of emotional distress,

2   false arrest and false imprisonment, and Washington common law negligence.

3       1.18   In August and September of 2007, the City of Seattle-City Clerk's office

4   was served by these Plaintiffs with Notices of Claims.  The City has acknowledged the

5   claim, but otherwise has not responded in any way to the claim, and it has been more

6   than sixty days since the claims were filed.

7

8                                   **II. FACTS**

9       2.1   Plaintiffs had decided at the last minute, reluctantly to attend a

10  rally and march against the war in Iraq on October 5, 2006, a peaceful permitted

11  demonstration that took place in the City of Seattle.

12      2.2   Plaintiffs had planned no activities for that demonstration, had not

13  ever contemplated any illegal, violent, or disruptive activities of any sort, had no

14  intention of engaging in any illegal, violent, or disruptive activities of any sort, and

15  never did engage in any illegal, violent, or disruptive activities of any sort.

16      2.3 When they arrived at the scene of the demonstration in question at

17  Cal Anderson Park, they sat down some distance away and ate their lunch sitting on

18  the grass.

19      2.4 Plaintiff Brendan Dunn had actually brought a book and was reading

20  in the park.

---

DUNN, ET AL  V. HYRA, ET AL-COMPLAINT                                        9

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1       2.5 The three of them were reading, socializing, passing out some

2  political literature, and sharing a melon.

3       2.6 Plaintiffs had brought a red and black anarcho-syndicalist flag, on a

4  flimsy pole that could not possibly have been used as a weapon.

5       2.7 This flag was not a weapon and Plaintiffs never intended in any way

6  to use it as a weapon.

7       2.8 The flag belonged to Plaintiff Brendan Dunn and was being loosely

8  held by Plaintiff Jacob Erwin on his lap.

9       2.8  According to DEFENDANT Officer MATTHEW HYRA's police

10  report, he had gotten a "tip" from a member of Friends of Cal Anderson Park that she

11  had seen a posting on a website, by an unknown person, calling on un-named

12  Anarchists to take unspecified action, and he decided to act based on this chain of

13  hearsay.

14       2.9 As Plaintiffs were peacefully sitting on the grass eating their lunch,

15  Defendant Officer MATTHEW HYRA along with his partner Defendant Officer

16  STEVEN BALES rode up and high speed on their bicycles, and without saying

17  a word, HYRA yanked the flag out of Plaintiff Erwin's hands.

18       2.10 DEFENDANT Officer MATTHEW HYRA then ordered PLAINTIFF

19  JACOB ERWIN to go with him.

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1        2.11 When Plaintiff Erwin objected, Defendant HYRA repeated the order

2    and began walking away with the flag, flag in one hand and his bicycle in the

3    other.

4        2.12  A large crowd including Plaintiffs followed DEFENDANTS HYRA

5    and BALES as HYRA walked along, demanding to know why HYRA was taking

6    the flag and why Erwin had to go with him, HYRA offered no explanation; he

7    just kept repeating the order.

8        2.13  PLAINTIFF RYAN TOMPKINS them without blocking or interfering

9    with the officers in any way moved to face HYRA from an angle, walking

10   backwards to do so, and began taking pictures of HYRA marching away with

11   the flag.

12       2.14  HYRA then responded by taking his bicycle and slamming it into

13   Tompkins' leg.

14       2.15 When TOMPKINS objected, HYRA said "alright, that's it", put the

15   bicycle down on its kickstand, and roughly grabbed TOMPKINS, and

16   Defendants HYRA and BALES then threw Plaintiff TOMPKINS into a tree,

17   pinning another demonstrator's hand against the tree, and arrested him.

18       2.16 When Plaintiff Erwin objected to the arrest of TOMKINS, Defendant

19   Officer BALES bent ERWIN's thumb back, and BALES and Defendant D.L.

20   ROBERSON arrested him, tackling him to the ground before handcuffing him.

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1      2.17 Defendants BALES and D.L. ROBERSON and other officers put

2   their knees into ERWIN"S back, causing further pain.

3      2.18 ROBERSON then lifted ERWIN by the handcuffs, causing great

4   pain to his shoulder, which got worse when he was forced to sit handcuffed in a

5   holding cell for hours at the King County Jail.

6      2.19 Defendant Officer JOHN SKOMMESA then proceeded to throw

7   PLAINTIFF DUNN to the ground; HYRA insisted that DUNN had assaulted him

8   from behind, even though HYRA admitted to never seeing DUNN.

9      2.20 When DUNN repeatedly asked DEFENDANT SKOMMESA what he

10   was being arrested for, SKOMMESA told him he didn't know.

11      2.21 The above named officers were physically assisted in these illegal

12   arrests by DEFENDANT Officers AVERY AND GREELEY and DEFENDANT

13   SERGEANT MARTIN.

14      2.22 All of these DEFENDANT OFFICERS AND SERGEANT used

15   unnecessary and excessive force against Plaintiffs.

16      2.23 All three Plaintiffs were taken to the King County Jail, where they

17   were required to post bail to be released.

18      2.24 Plaintiff ERWIN was held in solitary confinement in a disciplinary

19   cell for a period of time due to a 'bureaucratic mix-up'.

20      2.22 All of the above named officers participated in a common plan and

21   scheme to arrest Plaintiffs.

DUNN, ET AL  V. HYRA, ET AL-COMPLAINT                                           12

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1         2.24 These actions were ratified by supervising Defendants MARTIN,

2    HAYES, and TOWNES.

3         2.24   Plaintiffs violated no laws.

4         2.25 While Plaintiffs were in custody, DFENDANT HYRA began

5    interrogating them about their political ideologies, as if their political ideologies

6    were themselves a crime, announced to Dispatch that he had arrested three

7    Anarchists, and informed them that they had been planning acts of violence

8    and that their flag was a 'symbol of violence'.

9         2.26  Plaintiffs ERWIN AND TOMPKINS were charged with Obstructing

10    an Officer and Resisting Arrest.  Those charges were dismissed by the Seattle

11    Municipal Court hearing a Knapstad Motion to dismiss for lack of probable

12    cause; Judge Hightower dismissed the charges against them holding that they

13    had committed no obstruction, as DEFENDANT OFFICER HYRA was acting

14    illegally when he charged into the crowd and seized the flag, and that there was

15    no lawful police actions for them to obstruct, and they had not resisted a lawful

16    arrest.

17         2.27 PLAINTIFF DUNN was charged with Felony Assault 3 on an officer.

18    That charge was dismissed based on the prosecutor's motion in the interest of

19    justice based on the illegality of DEFENDANT HYRA's activity, and a finding

20    that there was no evidence that PLAINTIFF DUNN had assaulted DEFENDANT

21    HYRA or anyone else.

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1           2.28 In addition to their Constitutional and physical harm, Plaintiffs were

2       forced to obtain counsel to vindicate their rights.

3           2.29 To this day, Defendants have refused to return Plaintiffs' flag to

4       them.

5

6                         **III. STATEMENT OF DAMAGES**

7

8           3.1    As a direct and proximate result of the intentional and/or negligent

9  acts of Defendants, Plaintiffs sustained deprivation of their First, Fourth, Fifth, Eighth,

10  and Fourteenth Amendment Rights, deprivation of liberty, pain and suffering, injury,

11  and emotional distress in an amount that will be established at trial.

12          3.2    As a further direct and proximate result of the intentional and/or

13  negligent acts of Defendants, Plaintiffs had to retain legal counsel to protect their

14  liberty and vindicate their rights in court at an amount to be established at trial and for

15  which they are entitled to be reimbursed.

16          3.3    As a further direct and proximate result of the intentional and

17  negligent acts of the Defendants, Plaintiffs underwent several hours of imprisonment

18  and then wrongful prosecution

19           3.4 Plaintiffs are entitled to compensation for the Constitutional and

20  personal harms Defendants inflicted on them, the targeting of them for their perceived

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1    political ideology, and the chilling effect their actions had on the exercise of their First

2    Amendment Rights.

3           3.5 Plaintiffs are entitled to compensation for the bail they

4    were forced to post to end their false imprisonment.

5

6                            **IV. CAUSE OF ACTIONS**:

7

8                                 **COUNT ONE**
9                      **VIOLATION OF CIVIL RIGHTS**
10                    **(TITLE 42 U.S.C. SECTION 1983)**
11            **(As To All Individual Defendants and DOES 1-25)**
12
13           4.1.   Plaintiffs reallege and incorporate herein by reference the allegations set

14   forth in Paragraphs 1 through 3.5 of this complaint.

15           4.2.   In committing the acts complained of herein, Defendants acted under

16   color of state law to deprive Plaintiffs as alleged herein, of certain constitutionally

17   protected rights including, but not limited to:

18           (a)  The right not to be deprived of liberty without due process of law;

19           (b)  The right to be free from invasion or interference with Plaintiffs' zone of

20   privacy;

21           (c)  The right to equal protection of the law;

22           (d)  The right to be free from unreasonable search and seizure;

23           (e)  The right to be free from police use of excessive force;

<u>DUNN, ET AL  V. HYRA, ET AL</u>-COMPLAINT                                    15

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1          (f)   The right to be free from discriminatory law enforcement;

2          (g)   The right to be free from cruel and unusual punishment.

3          (h) The Rights to participate in a peaceful and lawful First Amendment exercise,

4    to Freely Express their political views, to display emblems of their political ideology

5    without fear of being targeting by law enforcement for it, to Petition the Government

6    for Redress of Grievances, to Freely Associate with and Assemble with others to do

7    so without fear of wrongful arrest for doing so.

8          (i) The right to be free from False Arrest, False Imprisonment, and Malicious

9    Prosecution, all in violation of their First, Fourth, Fifth, Eighth and Fourteenth

10   Amendment Rights.

11         4.3 In violating Plaintiffs' rights as delineated above, and other rights according

12   to proof, Defendants acted by provocative conduct, conversion of lawful property,

13   verbal threat and intimidation, use of force, unjustified arrest, false imprisonment, or

14   by ratifying personally the above listed conducts, and/or cruel and unusual punishment

15   for crimes Plaintiffs did not commit, Defendants acted to violate Plaintiff's rights under

16   the First, Fourth, Fifth, Eighth, and Fourteenth Amendments to the U.S. Constitution.

17         4.4   By knowingly providing false information to the prosecutors to ensure that

18   Plaintiffs were prosecuted, Defendants acted to maliciously prosecute Plaintiffs in

19   violation of Plaintiffs' Fifth and Sixth Amendment Rights.

20         4.5 DOES 1-25 are the other officers involved directly in the incident in

21   question.

<u>DUNN, ET AL  V. HYRA, ET AL</u>-COMPLAINT                                    16

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1     4.6   As a direct and proximate result of the violations of their Constitutional

2     rights by Defendants, and each of them, Plaintiffs suffered general and special

3     damages as alleged in this complaint.

4     4.7   The conduct of Defendants was willful, malicious, oppressive, and/or

5     reckless, and was of such a nature that punitive damages should be imposed in an

6     amount commensurate with the wrongful acts alleged herein.

7     WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

8

9     **COUNT TWO**
10    **Violation of Civil Rights**
11    **(Title 42 U.S.C. Section 1983)**
12    **(As To DEFENDANTS CITY OF SEATTLE, HAYES, TOWNE, and Does 1-100)**
13
14    4.8   Plaintiffs reallege and incorporate herein by reference the allegations set

15    forth in Paragraphs 1 through 4.7 of this complaint.

16    4.9   At all times herein mentioned, Defendant HAYES acted in his official

17    capacities as a LIEUTENANT of the SEATTLE POLICE DEPARTMENT over

18    Defendants HYRA, BALES, ROBERSON, SKOMMESA, AVERY, GREELEY, and

19    MARTIN and failed to properly supervise, train, and discipline HYRA, BALES,

20    ROBERSON, SKOMMESA, AVERY, GREELEY, and in fact, ratified and approved

21    their inappropriate, illegal, and tortious conduct and intentional acts to deprive

22    Plaintiffs of their rights secured by the Constitution of the United States, including, but

DUNN, ET AL  V. HYRA, ET AL-COMPLAINT                                                    17

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1  not limited to their rights under the First, Fourth, Fifth, Eighth, and 14th Amendments

2  to the U.S. Constitution.

3      4.10   At all times herein mentioned, Defendant TOWNES acted in his official

4  capacities as a LIEUTENANT of the SEATTLE POLICE DEPARTMENT over

5  Defendants HYRA, BALES, ROBERSON, SKOMMESA, AVERY, GREELEY, and

6  MARTIN and failed to properly supervise, train, and discipline HYRA, BALES,

7  ROBERSON, SKOMMESA, AVERY, GREELEY, and in fact, ratified and approved

8  their inappropriate, illegal, and tortious conduct and intentional acts to deprive

9  Plaintiffs of their rights secured by the Constitution of the United States, including, but

10  not limited to their rights under the First, Fourth, Fifth, Eighth, and 14th Amendments

11  to the U.S. Constitution.

12

13      4.11 In committing the acts complained of herein and in their official and

14  individual capacities, Defendants HAYES and TOWNES acted with a design and

15  intention to deprive Plaintiffs of their rights secured by the Constitution of the United

16  States and acted with deliberate indifference to Plaintiffs' rights.

17      4.12 Defendants DOES 20-100 are supervisors and other officers at the

18  SEATTLE POLICE DEPARTMENT who acted specifically to ratify HYRA, BALES,

19  ROBERSON, SKOMMESA, AVERY, GREELEY, and MARTIN's inappropriate, illegal,

20  and tortious conduct and intentional acts to deprive Plaintiffs of their rights secured by

21  the Constitution of the United States, including, but not limited to their rights under the

**DUNN, ET AL  V. HYRA, ET AL**-COMPLAINT                                          18

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1   First, Fourth, Fifth, Eighth, and 14th Amendments to the U.S. Constitution, and acted

2   with a design and intention to deprive Plaintiffs of their rights secured by the

3   Constitution of the United States and acted with deliberate indifference to Plaintiffs'

4   rights.

5        4.13   As a direct and proximate result of the acts complained of herein, Plaintiff

6   has suffered general and special damages as set forth in this complaint.

7        4.14 The conduct of Defendants was willful, malicious, oppressive, and/or

8   reckless, and was of such a nature that punitive damages should be imposed in an

9   amount commensurate with the wrongful acts alleged herein.

10            WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

DUNN, ET AL  V. HYRA, ET AL-COMPLAINT                                    19

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1

2

3

4

**COUNT THREE**
**FALSE ARREST**
**(As to All Defendants)**

5      4.15   Plaintiffs reallege and incorporate herein by reference the allegations set

6   forth in Paragraphs 1 through 4.14 of this complaint.

7      4.16. Defendants HYRA, BALES, ROBERSON, SKOMMESA, AVERY,

8   GREELEY, and MARTIN, charged into a peaceful group, only seeking to exercise

9   their First Amendment rights, attacked them, seized their property based on it being

10   an emblem of their legal political ideology, and arrested them without cause or

11   justification .

12      4.17   Defendants' seizure and arrest of Plaintiffs without probable cause or a

13   warrant violated Plaintiffs' rights under the Washington State and U.S. Constitutions,

14   and further resulted in the malicious prosecution which followed, and the harm caused

15   thereby.

16      4.18.   The conduct of Defendants was willful, malicious, oppressive and/or

17   reckless, and was of such a nature that punitive damages should be imposed in an

18   amount commensurate with the wrongful acts herein alleged.

19      4.19.   As a direct and proximate result of the acts complained of herein,

20   Plaintiffs have suffered general and special damages as set forth in this complaint.

21      WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

22

<u>DUNN, ET AL  V. HYRA, ET AL</u>-COMPLAINT                                         20

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1

2
3
4

**COUNT FOUR**
**FALSE IMPRISONMENT**
**(As to all Defendants)**

5      4.20.   Plaintiffs reallege and incorporate herein by reference the allegations set

6   forth in Paragraphs 1 through 4.19 of this complaint.

7      4.21.   As a result of the false arrest by Defendants HYRA, BALES,

8   ROBERSON, SKOMMESA, AVERY, GREELEY, and MARTIN detailed above,

9   Plaintiffs were violently arrested and taken to and held in the King County Jail where

10   they were interrogated as to their political ideology by Defendant HYRA and forced to

11   post bail, without cause or justification, before being released.

12      4.22   Plaintiffs were unjustly deprived of liberty for that period and subjected to

13   abuses therein.

14      4.23   As a further direct and proximate result of the false arrest and

15   imprisonment of Plaintiffs, they suffered damages and injuries as heretofore alleged in

16   this complaint.

17      4.24   The conduct of Defendants was willful, malicious, oppressive and/or

18   reckless, and was of such a nature that punitive damages should be imposed in an

19   amount commensurate with the wrongful acts herein alleged.

20      WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

21

22

DUNN, ET AL  V. HYRA, ET AL-COMPLAINT                                                   21

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

## COUNT FIVE
## ASSAULT AND BATTERY
### (As to All Defendants)

4.25   Plaintiff realleges and incorporates herein by reference the allegations set forth in Paragraphs 1 through 4.24 of this complaint.

4.26   Defendants HYRA, BALES, ROBERSON, SKOMMESA, AVERY, GREELEY, and MARTIN's physical seizure and grabbing, beating, tackling, and dragging off of Plaintiffs, and other acts of physical and emotional brutality against Plaintiffs were done intentionally, without consent or lawful authority, or legitimate police purpose, and therefore constituted common law battery.

4.27   All of the above alleged tortious conduct caused Plaintiffs to reasonably fear additional imminent harm to their health and safety and additional tortious use of force.  This fear constitutes a common law assault.

4.28   Defendants knew or reasonably should have known that they were and would inflict this reasonable fear on Plaintiffs.

4.29   As a direct and proximate result of the violation of his rights by Defendants, and of Defendants' tortious conduct towards Plaintiffs, Plaintiffs suffered general and special damages as alleged in this complaint.

4.30   The detention, arrest and the resulting physical and emotional abuse of Plaintiffs was directly and proximately caused by Supervising Defendants' training, supervision and failure to discipline and the conduct to which Plaintiffs were subjected.

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1    4.31   The conduct of Defendants was willful, malicious, oppressive, and/or

2  reckless, and was of such a nature that punitive damages should be imposed in an

3  amount commensurate with the wrongful acts alleged herein.

4    WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

5

6                       **<u>COUNT SIX</u>**
7                  **MALICIOUS PROSECUTION**
8                    **(As to All Defendants)**
9
10    4.32   Plaintiff realleges and incorporates herein by reference the allegations

11  set forth in Paragraphs 1 through 4.31 of this complaint.

12    4.33   Defendants HYRA, BALES, ROBERSON, SKOMMESA, AVERY,

13  GREELEY, MARTIN, HAYES, AND TOWNES  falsely arrested Plaintiffs and

14  submitted knowingly false statements concerning Plaintiffs' actions and knew or

15  reasonably should have known that the statements concerning the supposed actions

16  and intentions by Plaintiffs were false, and based on non-existent probable cause.

17    4.34   This false information resulting in lengthy prosecutions of Plaintiffs, with

18  several court appearances that required them to miss work and disrupted their lives,

19  before the charges were dismissed.

20    4.35 In fact, this false arrest and malicious prosecution continues to haunt

21  Plaintiff Dunn's life in the form of false alert codes in police systems and records that

22  have denied him entry into Canada causing ongoing harm.

<u>DUNN, ET AL  V. HYRA, ET AL</u>-COMPLAINT                                          23

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1       4.36   This malicious prosecution also forced Plaintiffs to hire private counsel

2   and considerable expense to vindicate their rights.

3       4.37   As a direct and proximate result of the violation of his rights by

4   Defendants, and of Defendants' tortious conduct towards Plaintiffs, Plaintiffs suffered

5   general and special damages as alleged in this complaint.

6       4.38   The malicious prosecution of Plaintiffs was directly and proximately

7   caused by supervising Defendants' training, supervision and failure to discipline and

8   the conduct to which Plaintiffs were subjected.

9       4.39   The conduct of Defendants was willful, malicious, oppressive, and/or

10  reckless, and was of such a nature that punitive damages should be imposed in an

11  amount commensurate with the wrongful acts alleged herein.

12      WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

13

14

15

16                          **COUNT SEVEN**
17          **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**
18                        **(As to All Defendants)**
19

20      4.40  Plaintiffs reallege and incorporate herein by reference the allegations set

21  forth in Paragraphs 1 through 4.39 of this complaint.


<u>DUNN, ET AL  V. HYRA, ET AL</u>-COMPLAINT                                   24

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1    4.41  In carrying out the detention, arrest, physical and emotional abuse, and

2    other acts alleged throughout this complaint, Defendants, and each of them sought to

3    cause emotional distress and trauma to Plaintiffs, and Plaintiffs did  suffer such

4    emotional distress with accompanying physical symptoms.

5    4.42   As a direct and proximate result of the violation of their Constitutional

6    rights by Defendants and their other tortious conduct against them, Plaintiffs suffered

7    general and special damages as alleged in this complaint.

8    4.43 The acts of Defendants were extreme and outrageous and would be so

9    seen by a reasonable person.

10    4.44   The conduct of Defendants was willful, malicious, oppressive, extreme

11    and outrageous and/or reckless, and was of such a nature that punitive damages

12    should be imposed in an amount commensurate with the wrongful acts alleged herein.

13    WHEREFORE, Plaintiffs prays for relief as hereinafter set forth.

14

15
16
17
18                       **COUNT EIGHT**
19                       **NEGLIGENCE**
20                    **(As to All Defendants)**
21
22    4.45   Plaintiff realleges and incorporates herein by reference the allegations

23    set forth in Paragraphs 1 through 4.42 of this complaint.

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1    4.46   Defendants, and each of them, owed Plaintiffs a duty to use due care at

2    or about the times of the aforementioned incidents.

3    4.47   In committing the aforementioned acts and/or omissions, Defendants,

4    and each of them, negligently breached said duty to use due care, directly and

5    proximately resulting in the injuries and damages to the Plaintiff as alleged herein.

6    WHEREFORE, Plaintiffs pray for relief as hereinafter set forth.

7
8
9
10   **COUNT NINE**
11   **CONVERSION**
12   **(As to All Defendants)**
13
14
15
16   4.48   Plaintiff realleges and incorporates herein by reference the allegations

17   set forth in Paragraphs 1 through 4.47 of this complaint.

18   4.49   Defendants, and each of them, deliberately took Plaintiffs' property, a

19   flag with an emblem of their political ideology, without cause or justification.

20   4.50   Even though the cases are long over, Defendants have refused to return

21   that flag to Plaintiffs.

22   4.51   As a direct and proximate result of the violation of their rights by

23   Defendants and their other tortious conduct against them, Plaintiffs suffered general

24   and special damages as alleged in this complaint.

DUNN, ET AL  V. HYRA, ET AL-COMPLAINT                                              26

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1    4.52 The acts of Defendants were extreme and outrageous and would be so

2    seen by a reasonable person.

3    4.53    The conduct of Defendants was willful, malicious, oppressive, extreme

4    and outrageous and/or reckless, and was of such a nature that punitive damages

5    should be imposed in an amount commensurate with the wrongful acts alleged herein.

6    WHEREFORE, Plaintiffs prays for relief as hereinafter set forth.

7

8

9    **V. JURY TRIAL DEMAND**

10   5.0  Plaintiff hereby demands a jury trial in this matter.

11

12   **VI.  PRAYER FOR RELIEF**

13   WHEREFORE, Plaintiffs pray for judgment against the Defendants as follows:

14   1.    For general damages including pain and suffering together with special

15   damages for Plaintiffs reasonable and necessary legal expenses, bail, and medical

16   expenses both past and future, the exact amount of which will be established at the

17   time of trial;

18   2. For punitive damages in an amount to be proven at trial pursuant to Federal

19   and State law;

20   3.    For actual attorney's fees and litigation costs pursuant to 42 U.S.C.

21   1988;

DUNN, ET AL  V. HYRA, ET AL-COMPLAINT                                    27

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS

1      4.     For statutory attorneys fees and costs; and

2      5.     For court supervised training and regulations requiring that officers if the

3  Seattle Police Department not target participants in demonstrations, and others based

4  on fact or perception that they are Anarchists, and not use that ideology to initiate

5  contact, to claim probable cause, or otherwise to harass or molest them in anyway.

6      6.     For such other and further relief as the Court deems just and proper.

7

8  DATED: June 19, 2008

9
10                     LAWRENCE A. HILDES
11                     Attorney for Plaintiffs BRENDAN DUNN, JACOB
12                     ERWIN, AND RYAN TOMPKINS

DUNN, ET AL V. HYRA, ET AL-COMPLAINT           28

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Fax: (360) 714-1791

ATTORNEY FOR PLAINTIFFS