Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRENDAN DUNN,

            Plaintiff,

vs.

CITY OF SEATTLE, DOES 1-200,

            Defendants.

No.  2:18-CV-00257-JLR

STIPULATED [PROPOSED] ORDER CONTINUING DEADLINES IN THE COURT'S MAY 2, 2018 ORDER BY 60 DAYS

WHEREAS, the parties in this matter held an initial FRCP 26(f) conference on May 15, 2018; and

WHEREAS on May 15, 2018, counsel for Defendants notified the Court on behalf of all parties that they believe additional time to discuss the topics specified in FRCP 26(f)(2), to develop a discovery plan, and to prepare initial disclosures will assist in a more orderly, collaborative discovery process and will allow time for the parties to explore the prospect of settlement before committing substantial resources to discovery efforts, and

STIPULATED [PROPOSED] ORDER CONTINUING DEADLINES IN THE COURT'S MAY 2, 2018 ORDER BY 60 DAYS - 1

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

WHEREAS the Court finds that the parties have shown good cause for delay within the meaning of Federal Rule of Civil Procedure 16(b)(2);

NOW, THEREFORE IT IS HEREBY ORDERED that the deadlines set forth in the Court's May 2, 2018 Order Regarding Initial Disclosures, Joint Status Reports, and Early Settlement are modified as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | July 16, 2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | July 30, 2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | August 6, 2018 |

Presented by:

PETER S. HOLMES
Seattle City Attorney

/s/Ghazal Sharifi
Ghazal Sharifi, WSBA# 47750
Assistant City Attorney
E-mail: Ghazal.Sharifi@seattle.gov
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200
*Attorney for Defendants City of Seattle and Does 1-200*

/s/Lawrence A. Hildes
Lawrence A. Hildes, WSBA # 35035
P.O. Box 5405
Bellingham, WA 98227
Phone: (360) 599-4339
*Attorney for Plaintiff Brendan Dunn*

STIPULATED [PROPOSED] ORDER CONTINUING DEADLINES IN THE COURT'S MAY 2, 2018 ORDER BY 60 DAYS - 2

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Dated this 18th day of May, 2018.

_____
James L. Robart
UNITED STATES DISTRICT JUDGE

STIPULATED [PROPOSED] ORDER CONTINUING DEADLINES IN THE COURT'S MAY 2, 2018 ORDER BY 60 DAYS - 3

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200