THE HON. JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDAN DUNN | ) NO. 2:18-CV-00257-JLR |
| | ) DEC. OF LAWRENCE A. HILDES IN |
| | ) SUPPORT OF PLAINTIFF'S MOTION FOR |
| Plaintiffs, | ) EXTENSION ON RESPONSE TO |
| | ) Defendant's 12(b)(1)/12(b)(6) MOTION |
| | ) |
| v. | ) |
| | ) CURRENTLY NOTED FOR JUNE 8, 2018 |
| CITY OF SEATTLE, DOES 1-200 | ) |
| | ) |
| | ) Motion noted: June 8, 2018 |
| Defendants. | ) |
| _____ | ) |

I, Lawrence a. Hildes testify of my own personal knowledge and could so competently testified if necessary.

1) I am counsel for Plaintiff in this action.

**DUNN v. CITY OF SEATTLE, et al.**-(Proposed )Order on PLAINTIFF'S **MOTION TO CONTINUE RESPONSE TO 12(B)(6)**

1

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Email: lhildes@earthlink.net

ATTORNEY FOR PLAINTIFF

2) I had two summary judgment responses, a petition to the Washington Supreme Court, and a Federal Sentencing Brief on a felony case with a possible 10-year sentence all due during the time allotted to respond to Defendants' Motion.

3) I now have the sentencing hearing on Friday, June 1, 2018 (U.S. v. Floyd) in front of Judge Martinez and must focus on that.

4) Defendants theory, which we believe is applicable runs so counter to my belief about the issues and theories of this case, that it will require significant research.

5) I continues to deal with serious health issues (congestive heart failure), and the work on finalizing plans, battling the insurance company, and obtaining permits to rebuild our house/office after it burned down in November; Much of that work must happen immediately.

6) I also have court appearances on June 4, 5, 8, 14 and a trial in Thurston District Court June 18-22-State v. Doerscher et al.

7) For all of the above reasons, we need and request 30 days additional time to respond to Defendants' Motion.

Dated May 31, 2018

By:     /s/    Lawrence A. Hildes
   Lawrence A. Hildes, WSBA # 35035
   P.O Box 5405, Bellingham, WA98227
(360) 599-4339, lhildes@earthlink.net
Attorney for Plaintiffs

**DUNN v. CITY OF SEATTLE, et al.**-(Proposed )Order on PLAINTIFF'S **MOTION TO CONTINUE RESPONSE TO 12(B)(6)**

2

LAWRENCE A. HILDES (WSBA # 35035)
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 715-9788
Email: lhildes@earthlink.net

ATTORNEY FOR PLAINTIFF