Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRENDAN DUNN,

    Plaintiff,

vs.

CITY OF SEATTLE, DOES 1-200,

    Defendants.

No. 2:18-CV-00257-JLR

[~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE ON CITY OF SEATTLE'S MOTION TO DISMISS

Pending before the Court is Plaintiff's Motion for Extension on Response to Motion to Dismiss. The Court finds that there is good cause for delay. *The court is unlikely, however, to grant similar extensions in the future.* NOW THEREFORE IT IS HEREBY ORDERED that the briefing scheduled on the City's Motion to Dismiss is modified as follows:

Deadline for Plaintiff's Response:      July 5, 2018

Noting Date on Motion Calendar:      July 13, 2018

[~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE ON CITY OF SEATTLE'S MOTION TO DISMISS - 1

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

DATED: June 4, 2018.

_____
Judge James L. Robart

Presented by:

PETER S. HOLMES
Seattle City Attorney

*/s/Ghazal Sharifi*
Ghazal Sharifi, WSBA# 47750
Ghazal.Sharifi@seattle.gov
Assistant City Attorney

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8217

*Attorney for City of Seattle*

[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON CITY OF SEATTLE'S MOTION TO DISMISS - 2

Peter S. Holmes
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200