The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDAN DUNN,

    Plaintiff,

vs.

CITY OF SEATTLE, DOES 1-200,

    Defendants.

No. 2:18-cv-00257-JLR

STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT

**NOTE ON MOTION CALENDAR: December 17, 2018**

## STIPULATION

Plaintiff Brendan Dunn and Defendant City of Seattle have consulted and hereby stipulate and jointly move the Court for an order extending the time for Defendant to answer Plaintiff's First Amended Complaint to December 19, 2018, which answer was inadvertently omitted after the previous motion to dismiss was denied. This extension of time is necessary to allow new counsel to get up to speed and get an answer filed.

DATED this 17th day of December, 2018.

STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT - 1
(Case No. 2:18-cv-00257-JLR)
559160-0003/4831-6224-7298.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

s/ *Brian W. Esler*
s/ *Katie Loberstein*
s/ *Nicholas A. Valera*
Brian W. Esler, WSBA No. 22168
Katie Loberstein, WSBA No. 51091
Nicholas A. Valera, WSBA No. 54220
Miller Nash Graham & Dunn LLP
Pier 70, 2801 Alaskan Way Ste 300
Seattle, WA 98121-1128
Telephone: (206) 624-8300
Fax: (206) 340-9599
Email: brian.esler@millernash.com
Email: katie.loberstein@millernash.com
Email: nick.valera@millernash.com

s/ *Ghazal Sharifi*
s/ *Kerala Cowart*
Ghazal Sharifi
Kerala Cowart
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
Telephone: (206) 684-8217
Email: ghazal.sharifi@seattle.gov
Email: kerala.cowart@seattle.gov

Attorneys for Defendant
City of Seattle

s/ *Lawrence A. Hildes*
Lawrence A. Hildes, WSBA No. 35035
P.O. Box 5405
Bellingham, WA 98227
Phone: (360) 599-4339
Email: lhildes@earthlink.net

Attorney for Plaintiff
Brendan Dunn

## ORDER

Based on the above stipulation, IT IS SO ORDERED.

DATED this 17th day of December, 2018.

_____
The Honorable James L. Robart

STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT
TO ANSWER PLAINTIFF'S FIRST AMENDED COMPLAINT - 2
(Case No. 2:18-cv-00257-JLR)
559160-0003/4831-6224-7298.2

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121