The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDAN DUNN,

    Plaintiff,

vs.

CITY OF SEATTLE, DOES 1-200,

    Defendants.

No. 2:18-cv-00257-JLR

STIPULATED MOTION TO AMEND CASE SCHEDULE [DKT. NO. 20] REGARDING EXPERT DISCLOSURES

NOTE ON MOTION CALENDAR:
May 24, 2019

## STIPULATION AND MOTION

Plaintiff Brendan Dunn and Defendant City of Seattle hereby stipulate and jointly move the Court to amend its "Minute Order Setting Trial Dates and Related Dates" [Dkt. No. 20] to alter the expert disclosure deadlines as follows:

    Plaintiff's Deadline for Disclosure of Expert Testimony:  June 5, 2019

    Defendant's Deadline for Disclosure of Expert Testimony:  July ~~12~~ 5, 2019

This extension of time and modification of the case schedule is necessary to allow the parties sufficient time to prepare expert witness disclosures, or if the plaintiff does not disclose any expert witness testimony, to save resources by not requiring the defendant to secure rebuttal expert witness testimony unnecessarily. This slight alteration of the case schedule should not affect other deadlines and will not alter the trial date.

STIPULATED MOTION TO AMEND CASE SCHEDULE [DKT. NO. 20] REGARDING EXPERT DISCLOSURES - 1
(Case No. 2:18-cv-00257-JLR)
559160-0003/4819-4389-2119.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

DATED this 24th day of May, 2019.

s/ *Brian W. Esler*
s/ *Katie Loberstein*
s/ *Nicholas A. Valera*
Brian W. Esler, WSBA No. 22168
Katie Loberstein, WSBA No. 51091
Nicholas A. Valera, WSBA No. 54220
Miller Nash Graham & Dunn LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Telephone: (206) 624-8300
Fax: (206) 340-9599
Email: brian.esler@millernash.com
Email: katie.loberstein@millernash.com
Email: nick.valera@millernash.com

s/ *Ghazal Sharifi*
s/ *Kerala Cowart*
Ghazal Sharifi
Kerala Cowart
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
Telephone: (206) 684-8217
Email: ghazal.sharifi@seattle.gov
Email: kerala.cowart@seattle.gov

Attorneys for Defendant
City of Seattle

s/ *Lawrence A. Hildes*
Lawrence A. Hildes, WSBA No. 35035
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 599-4339
Email: lhildes@earthlink.net

Attorney for Plaintiff
Brendan Dunn

## ORDER

Based on the above stipulation, IT IS SO ORDERED.

DATED this 28th day of May, 2019.

_____
The Honorable James L. Robart

STIPULATED MOTION TO AMEND CASE SCHEDULE [DKT. NO. 20] REGARDING EXPERT DISCLOSURES - 2
(Case No. 2:18-cv-00257-JLR)
559160-0003/4819-4389-2119.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121