UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDAN DUNN, | CASE NO. C18-0257JLR |
| Plaintiff, | ORDER |
| v. | |
| CITY OF SEATTLE, et al., | |
| Defendants. | |

Before the court is the parties' stipulated motion to amend the case schedule. (Mot. (Dkt. # 30); *see also* Sched. Order (Dkt. # 20); Am. Sched. Order (Dkt. # 26).) The court has considered the motion, the applicable record, and the governing law. Being fully advised, the court GRANTS in part and DENIES in part the stipulated motion as explained herein.

The court amends the following deadlines:

- Defendant's deadline for disclosure of expert testimony: July 24, 2019.

- All motions related to discovery: July 24, 2019.

1 | All other case deadlines remain the same.  (*See* Sched. Order at 1-2.)  The court further

2 | advises that Plaintiff's failure to provide discovery may be used as grounds to dismiss

3 | this action.

4 |      Dated this 19th day of July, 2019.

JAMES L. ROBART
United States District Judge