The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDAN DUNN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SEATTLE, DOES 1-200,<br><br>　　　　　　Defendants. | No. 2:18-cv-00257-JLR<br><br>STIPULATED MOTION TO SUBSTITUTE ATTACHED REPLY BRIEF FOR FILED REPLY BRIEF [DKT. NO. 40] AND [PROPOSED] ORDER<br><br>**NOTE ON MOTION CALENDAR: AUGUST 12, 2019** |

## I. STIPULATION AND MOTION

Plaintiff Brendan Dunn and Defendant City of Seattle ("City") hereby stipulate as follows and move the Court for the relief requested below:

　　1.　　Plaintiff filed its Opposition [Dkt. No. 38] to the City's Motion to Compel late on Thursday, August 8, 2019.

　　2.　　Defendant City filed its Reply [Dkt. No. 40] on Friday, August 9. However, the City's reply was nine pages long, instead of the six pages allowed by LCR 7.

　　3.　　Realizing its mistake, on Saturday, August 10, the City's counsel emailed to opposing counsel a corrected Reply that meets the page limitation of LCR 7.

　　4.　　The parties stipulate that the attached Reply should be substituted for the previously-filed Reply [Dkt. No. 40], with the same effect as if it had been filed on Friday, August 9. The parties jointly request that the Court accept the attached Reply in place of the

STIPULATED MOTION TO SUBSTITUTE ATTACHED REPLY
FOR FILED REPLY BRIEF [DKT. NO. 40] - 1
(Case No. 2:18-cv-00257-JLR)
559160-0003/4830-4751-2224.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

previously-filed Reply (i.e., Dkt. No. 40), and instruct the Clerk to substitute the attached Reply for the previously-filed document.

SO STIPULATED AND MOVED this 12th day of August, 2019.

s/ *Brian W. Esler*
s/ *Katie Loberstein*
s/ *Nicholas A. Valera*
Brian W. Esler, WSBA No. 22168
Katie Loberstein, WSBA No. 51091
Nicholas A. Valera, WSBA No. 54220
Miller Nash Graham & Dunn LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Telephone: (206) 624-8300
Fax: (206) 340-9599
Email: brian.esler@millernash.com
Email: katie.loberstein@millernash.com
Email: nick.valera@millernash.com

s/ *Lawrence A. Hildes*
Lawrence A. Hildes, WSBA No. 35035
P.O. Box 5405
Bellingham, WA 98227
Telephone: (360) 599-4339
Email: lhildes@earthlink.net

Attorney for Plaintiff
Brendan Dunn

s/ *Ghazal Sharifi*
s/ *Kerala Cowart*
Ghazal Sharifi
Kerala Cowart
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104-7097
Telephone: (206) 684-8217
Email: ghazal.sharifi@seattle.gov
Email: kerala.cowart@seattle.gov

Attorneys for Defendant
City of Seattle

## II. ORDER

Based on the above stipulation, IT IS SO ORDERED.

DATED this 13th day of August, 2019.

_____
The Honorable James L. Robart
STIPULATED MOTION TO SUBSTITUTE ATTACHED REPLY
FOR FILED REPLY BRIEF [DKT. NO. 40] - 2
(Case No. 2:18-cv-00257-JLR)
559160-0003/4830-4751-2224.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121