# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRENDAN DUNN,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF SEATTLE, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C18-0257JLR<br><br>MINUTE ORDER AMENDING PRETRIAL DEADLINES |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On October 3, 2019, the court advanced the pretrial conference in this case to Wednesday, November 13, 2019 at 9:00 a.m. (*See* 10/3/19 Dkt. Entry.) Due to the change in the pretrial conference date, the court ORDERS that the following deadlines set by the court's scheduling order (Dkt. # 20) and by Western District of Washington Local Civil Rules 16 and 32 are amended as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Plaintiffs' LCR 16(h) Pretrial Statement | *See* Local Rules W.D. Wash. LCR 16(h) | October 18, 2019 |
| Defendants' LCR 16(i) Pretrial Statement | *See* Local Rules W.D. Wash. LCR 16(i) | October 28, 2019 |
| Parties' LCR 16(k) Conference | *See* Local Rules W.D. Wash. LCR 16(k) | November 4, 2019 |
| Pretrial Order | November 21, 2019 | November 12, 2019 by 12:00 p.m. |
| Deposition Designations Due to Court | November 13, 2019 | November 15, 2019 |

Filed and entered this 7th day of October, 2019.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk